ACCEPTED
05-15-00615-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/5/2015 2:25:26 PM
LISA MATZ
CLERK

**CAUSE NO. 05-15-00615-CV**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/5/2015 2:25:26 PM
LISA MATZ
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTH COURT OF APPEALS DISTRICT
## DALLAS, TEXAS

## NOAM NIV
## V.
## MEYER &COLEGROVE, PLLC, MILTON W. COLEGROVE, JR., and CONTEMPORARY SOLUTIONS USA d/b/a TEXAS PIONEER TITLE AGENCY

*On Appeal from the 366th Judicial District Court, Collin Count, Texas, Cause No. 366-04528-2011; the Honorable Ray Wheless, Presiding*

## APPELLANT'S MOTION FOR DISMISSAL

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the undersigned Paul S. Sigelman of Sigelman Law Corporation, lead counsel for Appellants in the above cause, and files this *Appellant's Motion for Dismissal*, and in support of the same would respectfully show the Court that Appellant no longer desire to prosecute this suit.

Respectfully Submitted,


/s/ *Paul S. Sigelman*
**Paul S. Sigelman**
Sigelman Law Corporation
California State Bar No. 45954
433 N. Camden Drive, Suite 970
Beverly Hills, CA  90210
Telephone:   (310) 278-8011
Facsimile:   (310) 278-2254
Email: paul@sigelmanlaw.com

**Admitted *Pro Hac Vice***

**LEAD ATTORNEY FOR APPELLANT,
NOAM NIV**


/s/ *John R. Stooksberry*
**John R. Stooksberry**
State Bar No. 19311000
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Boulevard, Suite 300
P.O. Box 1210
McKinney, Texas 75069-1210
Telephone:  (214) 544-4000
Facsimile:   (214) 544-4040
Email:  jstooksberry@abernathy-law.com

**RESIDENT ATTORNEY FOR
APPELLANT, NOAM NIV**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the attorney for the Appellees to the above cause in accordance with the Texas Rules of Appellate Procedure, on this the 5nd day of October 2015:

James C. Mosser
Mosser Law PLLC
2805 Dallas Pkwy.
Plano, Texas 75093
Telephone: (972) 733-3223
Facsimile: (469) 626-1073
Email: info@mosserlaw.com


/s/ *Paul S. Sigelman*
Paul S. Sigelman